UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA BAMBERGER WORKS, LLC dba BAM COMMUNICATIONS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LLORENTE & CUENCA USA, INC., et al., <br><br> Defendants. | Case No.:  26-CV-884 JLS (DDL) <br><br> **ORDER (1) SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND (2) RESCHEDULING HEARING** <br><br> (ECF No. 27) |

Presently before the Court is Defendants' Motion to Dismiss Plaintiffs' Complaint (ECF No. 27).  The Court notes that the Motion lists a hearing date of June 1, 2026, at 1:30 P.M.  However, Defendants' Counsel failed to obtain this hearing date from chambers as required by Civil Local Rule 7.1(b).  *See* S.D. Cal. CivLR 7.1(b) ("All hearing dates for any matters on which a ruling is required must be obtained from the Clerk of the judge to whom the case is assigned.").

"The requirement that a party obtain a hearing date from the judge's clerk is no empty formality; it is a rule of substantial importance.  Under Civil Local Rule 7.1(e)(1)–(3), the hearing date sets in motion a calendar for the filing of opposition and reply briefs." *Kashin v. Kent*, No. 02-CV-2495-LAB(WMC), 2007 WL 1975435, at *1 (S.D. Cal. Apr.

1

26, 2007), *aff'd*, 342 F. App'x 341 (9th Cir. 2009). "Furthermore, permitting parties to impose hearing dates on the Court impairs the Court's ability to manage its own calendar and to monitor the timeliness of motions." *Id.* at *2. While Counsel's failure to comply with the Civil Local Rules is grounds to reject the filing, *see id.* ("Failure to obey the requirements of Civil Local rule 7.1(b) and (e)(1) regarding hearing dates was therefore a sufficient basis on which to reject the first attempted filing."); *see also* S.D. Cal. CivLR 83.1(a) (providing that failure to comply with the Civil Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or rule or within the inherent power of the Court"), the Court, in its discretion, **SETS** a briefing schedule for the Motion in lieu of striking the Motion. However, the Court cautions the Parties to comply with the Civil Local Rules henceforth.

The Court finds the Motion proper to consider in conjunction with the pending Motion for Preliminary Injunction (ECF No. 6). Therefore, the Court will hear the Motion to Dismiss at the June 25, 2026, hearing at 1:30 P.M. *See* ECF No. 26. The June 1, 2026, hearing is **VACATED**. Plaintiffs **SHALL FILE** their opposition to the Motion on or before May 28, 2026. Defendants **MAY FILE** their reply, if any, on or before June 4, 2026.

    **IT IS SO ORDERED.**

Dated:  May 6, 2026

Hon. Janis L. Sammartino
United States District Judge

2

26-CV-884 JLS (DDL)